**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LEVERTY & ASSOCIATES LAW CHTD., | ) ) ) | 3:17-CV-0175-MMD (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | July 24, 2017 |
| RAY WARREN EXLEY, | ) ) ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is defendant's motion for leave to appear telephonically for all proceedings set for July 27, 2017 (ECF No. 40). Plaintiff opposed the motion (ECF No. 42).

    Defendant's motion for leave to appear telephonically (ECF No. 40) is **GRANTED**. Defendant shall **without fail** be present telephonically for the entire duration of all proceedings set for Thursday, July 27, 2017 at 9:00 a.m. If defendant fails to comply with this order, the court will consider sanctions.

    **IT IS SO ORDERED.**

                                                                DEBRA K. KEMPI, CLERK

                                        By:           /s/
                                                                Deputy Clerk