# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| LEVERTY & ASSOCIATES LAW CHTD., | ) | 3:17-CV-0175-MMD (VPC) |
|---|---|---|
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 15, 2017 |
| RAY WARREN EXLEY, | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to seal its motion to enforce settlement (ECF No. 54). In response, defendant has filed a myriad of rambling documents which alternatively seek to both seal and unseal all documents in this case and vacate some or all of this court's previous order (ECF No. 56, 57, & 59).

Plaintiff's motion to seal (ECF No. 54) is **GRANTED**. The motion to enforce settlement agreement and its accompanying exhibits has been filed and shall remain under seal (ECF No. 55). Defendant's motion to unseal (ECF No. 56), motion to vacate (ECF No. 57), and motion to seal (ECF No. 59) are **DENIED**.

An opposition to the motion to enforce is due on November 16, 2017 pursuant to the court's November 1, 2017 minute order (ECF No. 53).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk