# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEVERTY & ASSOCIATES LAW CHTD., | Case No. 3:17-CV-0175-MMD (VPC) |
| Plaintiff, | **ORDER** |
| v. | |
| RAY WARREN EXLEY, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

On February 21, 2018, the court heard oral argument in this case on the motion of plaintiff/counter-defendant Leverty & Associates Law, Chtd. ("Leverty") to enforcement settlement agreement against defendant/counterclaimant Ray Exley ("Exley") (ECF No. 55). Present on behalf of Leverty was Gene Leverty, Esq., and counsel William Ginn. Exley appeared in *pro se.*

At the conclusion of the hearing, the court advised it would issue an order to show cause why Exley and his wife Juliana Loza-Exley should not be sanctioned for the unauthorized practice of law and for disobeying court orders (ECF No. 88). Subsequently, the court issued its report and recommendation that Leverty's motion to enforce settlement agreement be granted in part and denied in pat (ECF No. 92). This court subsequently issued an order dismissing without prejudice with leave to re-file Leverty's motion for sanctions, which was consolidated with the motion to enforce settlement agreement (ECF No. 93).

Based on the foregoing, and for good cause appearing, the court has not issued a formal order to show cause, and it now VACATES the order to show cause on the ground that its report

| | |
|---|---|
| 1 | and recommendation (ECF No. 92) and the order giving Leverty leave to re-file the motion for |
| 2 | sanctions will adequately address the court's concerns expressed at the February 21, 2018 hearing. |
| 3 | **IT IS SO ORDERED.** |
| 4 | DATED: March 19, 2018. |

_____
UNITED STATES MAGISTRATE JUDGE