UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEVERTY & ASSOCIATES LAW CHTD., <br><br>Plaintiff,<br> v.<br><br>RAY WARREN EXLEY,<br><br>Defendant. | Case No. 3:17-cv-00175-MMD-VPC <br><br> ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE VALERIE P. COOKE |

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (ECF No. 92) ("R&R" or "Recommendation") relating Levery & Associates Law, Chtd.'s ("Leverty") motion to enforce settlement and for sanctions ("Motion") (ECR No. 55).[1] The Magistrate Judge recommends that Leverty's Motion be granted in part and denied in part as set forth in the R&R. Defendant Ray Warren Exley had until April 2, 2018, to object to the R&R. (*See* ECF No. 92.) To date, no objection has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the

---
[1] A separate minute order has been entered regarding Leverty's motion for sanctions. (*See* ECF No. 93.*)*

subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cooke's R&R. The Magistrate Judge recommends that Leverty's Motion be granted in part and denied in part. Upon reviewing the R&R and underlying briefs, this Court agrees with the Magistrate Judge's findings that the parties reached a settlement agreement and that the draft of the settlement agreement attached as ECF No. 92-1 embodies the terms of that agreement.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 92) is accepted and adopted in its entirety.

It is further ordered that Leverty's motion to enforce settlement agreement (ECF No. 55) is granted in part and denied in part as set forth in the R&R (ECF No. 92). The Court finds that the parties have entered into an enforceable settlement agreement.

It is further ordered that Exhibit 22 to ECF No. 55, as amended in the R&R (see copy attached thereto (ECF No. 92-1)), is deemed the operative settlement agreement upon which judgment will be entered.

///

It is further ordered that this case is dismissed with prejudice pursuant to the terms of the operative settlement agreement. (ECF No. 92-1 at ¶ 3.)

DATED THIS 11th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE