IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

LEVERTY & ASSOCIATES LAW CHTD
Plaintiff,

Case # 3:17-cv-00175-MMD-(VPC)

RAY WARREN EXLEY
Defendant,

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, RAY WARREN EXLEY substitutes DAY R. WILLIAMS, ESQ, State Bar no. 4418 as counsel of record in place of RAY WARREN EXLEY, pro se.

Contact information for new counsel is as follows:

Day R. Williams, Esq.
1601 Fairview Drive, Suite C
Carson City, NV 89701
Phone: 775/ 885-8398     Fax: 775/ 885-2134
day_williams@sbcglobal,net

I consent to the above substitution.

Dated this 23 day of May, 2018.

/S/
Day R. Williams, Esq.

I consent to the above substitution.

Dated this 23 day of May, 2018.

Ray W. Exley

The substitution of attorney is hereby approved and so ORDERED.

Dated this 22nd day of May, 2018.

United States Magistrate Judge