**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LEVERTY & ASSOCIATES LAW CHTD., | ) ) ) | 3:17-CV-0175-MMD (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | May 31, 2018 |
| RAY WARREN EXLEY, | ) ) ) | |
| Defendant. | ) ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Day R. Williams, Esq. filed a motion to withdraw as counsel for defendant Ray Warren Exley. Mr. Williams' client has consented to his withdrawl. (*Id.*) Therefore,

     **IT IS ORDERED** that the motion to withdraw as counsel (ECF No. 115) is **GRANTED**.

     **IT IS FURTHER ORDERED** that a copy of this order and all documents hereafter filed shall be served on defendant via regular mail at the following addresses:

               Ray Warren Exley, M.D.
               9504 Highridge Place[1]
               Beverly Hills, CA  90210
               Telephone:  310-858-1093, Ext. 102
               rayexley@yahoo.com
               rwe.vleverty@gmail.com

---

[1] This address and contact information was provided to the court by defendant in his motion recent *pro se* filing (ECF No. 108).

and

Ray Warren Exley, M.D.
c/o Friedman and Friedman[2]
9554 Wilshire Blvd., Suite 313
Beverly Hills, CA  90212

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk

---

[2] Mr. Williams listed this address as defendant's current mailing address in his motion to withdraw.  The court notes that this address is a law firm in Beverly Hills which has not entered an appearance in this case (ECF No. 115).