Nathan J. Aman, Esq.
Nevada Bar No. 8354
naman@renonvlaw.com
Stephanie K. Funk, Esq.
Nevada Bar No. 12898
sfunk@renonvlaw.com
VILORIA, OLIPHANT,
 OSTER & AMAN L.L.P.
327 California Ave.
Reno, Nevada 89509
(775) 284-8888
Attorneys for Defendant/Counter-Plaintiff
Ray Warren Exley

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEVERTY & ASSOCIATES LAW CHTD., a Nevada Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>RAY WARREN EXLEY, an individual; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>      Defendants | Case No. 3:17-00175-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD** |
| RAY WARREN EXLEY, an individual;<br><br>      Counter-Plaintiff<br><br>v.<br><br>LEVERTY & ASSOCIATES LAW CHTD., a Nevada Corporation, DOES I-XXX; and ABC CORPORATIONS A-Z inclusive,<br><br>      Counter-Defendants | |

  **COMES NOW**, Defendant Ray Warren Exley, Viloria, Oliphant, Oster & Aman L.L.P., and counsel for Plaintiffs, Leverty & Associates Law, Chtd. (collectively, the "Parties"), stipulate and agree as follows:

-1-

1. Viloria, Oliphant, Oster & Aman L.L.P. ("VOOA"), appeared as counsel on June 13, 2018, in case number 3:17-00175-MMD-WGC.

2. There have arisen irreconcilable differences between Defendant Ray Warren Exley ("Dr. Exley") and VOOA and the parties mutually desire that VOOA no longer act as counsel in the above-referenced matter.

3. Accordingly, the parties stipulate and agree that VOOA shall withdraw as Dr. Exley's counsel in this case.

DATED this 27th day of September, 2019.

VILORIA, OLIPHANT,
 OSTER & AMAN L.L.P.

By: _____
Nathan J. Aman
Nevada Bar No. 8354
Stephanie K. Funk, Esq.
Nevada Bar No. 12898
Attorneys for Ray Warren Exley

DATED this 25 day of September, 2019.

By: _____
RAY WARREN EXLEY
2120 Carey Avenue, Suite 310
Cheyenne, WY 82001
Defendant/Counter-Plaintiff

**IT IS SO ORDERED**.  DATED: _____ October 1, 2019 _____

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

-2-